NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATED MERCHANDISING SYSTEMS, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-1953, 2017-1954, 2017-1955, 2017-1957

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,604, 95/000,605, 95/000,606, 95/000,607.

---

**JUDGMENT**

---

JAMES DANIEL BERQUIST, Davidson Berquist Jackson & Gowdey, LLP, Arlington, VA, argued for appellant. Also represented by PETER WHITLOCK GOWDEY, DONALD LEE JACKSON, McLean, VA.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by THOMAS W. KRAUSE, WILLIAM LAMARCA, JOSEPH MATAL, ROBERT J. MCMANUS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |